**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Paidiam Inc., et al.,

Plaintiffs,

-against-

West Coast Diamond Cutters, Inc., et al.,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____2/7/2024____
```

**1:23-cv-05184 (ALC) (SDA)**

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart D. Aaron Friday, February 23, 2024, at 10:00 a.m. EST in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Settlement Conference Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Friday, February 16, 2024).

**SO ORDERED.**

Dated:          New York, New York
                February 7, 2024

_____
STEWART D. AARON
United States Magistrate Judge