UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
PADIAM INC., et al.,

                  **Plaintiffs,**

    -against-                           1:23-cv- 05184 (ALC) (SDA)

WEST COAST DIAMOND CUTTERS,      **ORDER**
INC. &  ZADIK MENEKSE,

                  **Defendants.**

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      This Court will conduct a telephone status conference in this action on **December 9, 2024, at 4:00PM**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:   November 20, 2024
            New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**