UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
PADIAM INC., et al.,

                         **Plaintiffs,**

      -against-

WEST COAST DIAMOND CUTTERS, INC. & ZADIK MENEKSE,

                        **Defendants.**
------------------------------------------------------- x

1:23-cv- 05184 (ALC) (SDA)

**AMENDED ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court amends its prior order in ECF No. 32 because the Court is replacing its telephonic conference system. The Court will conduct a telephone status conference in this action on **December 9, 2024, at 4:00PM**. All parties shall appear and should contact the Court at **1-855-244-8681** (access code: **2319 454 5869#**).

**SO ORDERED.**

**Dated:   November 25, 2024**
         **New York, New York**

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**