UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

PADIAM INC., et al.,

                                  **Plaintiffs,**

                    -against-                      1:23-cv- 05184 (ALC) (SDA)

WEST COAST DIAMOND CUTTERS,       **ORDER**
INC. &  ZADIK MENEKSE,

                                **Defendants.**

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court grants Plaintiffs leave to file a motion to restore this action to the Court's calendar. The Plaintiffs should file their motion by December 19, 2024. The Defendants should reply by December 27, 2024. The Plaintiffs should file a reply brief, if any, by January 3, 2025. The Clerk of Court is directed to terminate ECF No. 30.

**SO ORDERED.**

**Dated:  December 10, 2024**
            New York, New York

                                                                     **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**