USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 01/14/2025

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

PAIDIAM INC., NAGESHWAR EXPORT INC.,
d/b/a/ PAIDIAM, J K SONS USA INC.,

        *Plaintiffs*,

  -against-

WEST COAST DIAMOND CUTTERS, INC.
and ZADIK MENEKSE,

        *Defendants*.

Case No.: 1:23-cv-05184

---

## JUDGMENT

**WHEREAS,** Plaintiffs, Paidiam, Inc., Nageshwar Export, Inc. d/b/a Paidaim, and J K Sons USA, Inc. (collectively, "Plaintiffs"), commenced this action on June 20, 2023 by way of filing a Complaint against Defendants, West Coast Diamond Cutters, Inc. and Zadik Menekse (together, "Defendants") to recover monies owed to Plaintiffs by Defendants for natural and lab-grown diamonds, which were delivered on consignment and thereafter sold to and retained by Defendants, and for which the Defendants agreed to pay but for which Defendants did not pay;

**WHEREAS,** on February 23, 2024, the parties participated in a settlement conference with the Hon. Stewart D. Aaron, U.S.M.J.;

**WHEREAS,** at the settlement conference, the parties agreed to resolve this action with Defendants paying Plaintiffs a total amount of $290,000 in installment payments and memorialized their agreement in a Settlement Term Sheet;

**WHEREAS,** pursuant to the Settlement Term Sheet, Defendants agreed to make the first installment payment in the amount of $25,000 within 30 days of the February 23, 2024 settlement conference;

**WHEREAS,** the parties' Settlement Term Sheet provides that in the event of default by Defendants in making any of the installment payments, which default is not cured within five business days of written notice of default, judgment shall be entered against Defendants in the amount of 1.5 times the unpaid balance;

**WHEREAS,** following the settlement conference, the parties further memorialized their agreement to resolve this action in a formal written Settlement Agreement;

**WHEREAS,** pursuant to the terms of the Settlement Term Sheet and the Settlement Agreement, Defendants first installment payment in the amount of $25,000 was due on or before March 25, 2024;

**WHEREAS,** Defendants failed to make the first installment payment on or before March 25, 2024;

**WHEREAS,** on March 26, 2024, Plaintiffs sent a written Default Notice to Defendants;

**WHEREAS,** Defendants failed to cure their default within five business days of the Default Notice;

**WHEREAS,** as a result of Defendants' default and pursuant to the terms of the Settlement Term Sheet and the Settlement Agreement, Plaintiffs are entitled to judgment against Defendants, jointly and severally, in the amount of one and a half times (1.5 times) the settlement amount of $290,000, plus interest

NOW, it is hereby

**ADJUDGED** that Plaintiffs, Paidiam, Inc., a New Jersey corporation with a place of business at 62 West 47th Street, Suite 1602, New York, New York 10036, Nageshwar Export, Inc. d/b/a Paidaim, a New York corporation with a place of business at 62 West 47th Street,

Suite 1602, New York, New York 10036, and J K Sons USA, Inc., a New York corporation with a place of business at 2 West 47th Street, Suite 1602, New York, New York 10036, do recover of Defendants West Coast Diamond Cutters, Inc., a Texas corporation with a principal place of business located at 4409 Elmhurst Drive, Plano, Texas 75093, and Zadik Menekse, an individual with an address of 4409 Elmhurst Drive, Plano, Texas 75093, jointly and severally, the sum of Four-Hundred Thirty-Five Thousand Dollars ($435,000), plus post-judgment interest thereon at the statutorily specified rate of 4.19 % per annum, which, pursuant to 28 U.S.C. § 1961, is the rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of this Judgment, from the date of entry of this Judgment until the date of payment.

There being no just reason for delay, the Clerk of the Court is hereby directed to enter this Judgment against Defendants West Coast Diamond Cutters, Inc. and Zadik Menekse without further notice.

Judgment signed this __14__ day of __January__, 2025.

_____
Hon. Hon. Andrew L. Carter, Jr.
United States District Judge
New York, NY

66309830v1